IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY MANSFIELD | : | CIVIL ACTION |
| AMY MANSFIELD | : | |
| | : | |
| v. | : | No.  10-1791 |
| | : | |
| REDLINE RECOVERY SERVICES, LLC | : | |

O R D E R

**AND NOW, TO WIT:** This  23rd  day of July 2010, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

 /s/ Juan R. Sanchez
Juan R. Sánchez, J.